UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-22209-JLK

OSVALDO LOPEZ,

      Plaintiff,

vs.

TRIANGLE FIRE, INC.,
RAQUEL CANO, and
ORLANDO ALFONSO,

      Defendants.

_____/

## ORDER RESETTING TRIAL DATE

The above-styled case is hereby reset for **trial** at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida, for the trial period commencing **MARCH 20, 2017**.

In order to make sure that cases set on this calendar are completely ready for trial and that all matters which might be a cause of delay of the trial such as pending motions, scheduling of out-of-town witnesses, request for continuances, etc., have been ruled upon, the court hereby schedules a **calendar call** for **MARCH 16, 2017**, at **2:00 p.m.**, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida.

Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set,

has priority over the services of the attorney so scheduled for the date set. <u>See Krasnow v. Navarro,</u> 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 19th day of December, 2016.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   All Counsel of Record