

AMEREX CORPORATION
7595 Gadsden Highway
P. O. Box 81
Trussville, AL 35173-0081
Phone: 205/655-3271
Fax: 205/655-3874

March 16, 2017

Raquel Cano
Triangle Fire
7720 NW 53rd St
Doral, FL 33166

Dear Raquel,

Amerex Fire Extinguishers and Pre-engineered Systems are manufactured in the United States in Trussville Alabama. They are sold through distribution who install into the Commercial and Residential markets. Amerex continues to appreciate the relationship with Triangle Fire.

Regards,

Bobby Agee
VP of Sales, Southeast Territory
Cell Phone 205 504 2824



**110 Kings Rd**
**Kings Mountain, NC 28086**

March 16, 2017

Mrs. Raquel Cano,

The Buckeye brand of fire extinguishers and pre-engineered systems are utilized in commercial and residential environments by end users. The Buckeye brand of fire protection products are distributed by Triangle Fire Equipment to fill the need of end users for these types of applications.

Sincerely,

Jeff Prince
Regional Sales Manager



**Tyco Fire Protection Products**
One Stanton St.
Marinette, WI 54143
Tele: 352)686-7883
www.sreinholt@tycoint.com

3/17/17

To whom it may concern,

This is to serve/notify that the below said company is currently certified to sale, install, distribute, and service all SENTRY / CLEANGUARD / K-GUARD Extinguishers, RED LINE Cartridge-Operated Extinguishers, Low Pressure & High Pressure CO2, R-102 & Piranha Restaurant Pre-Engineered Systems, Industrial Pre-Engineered Systems, Vehicle Pre-Engineered Systems, CHECKFIRE 110/210 Vehicle Detection/Actuation, Foam Agents, Foam Hardware, INERGEN Hardware and Agents, Marine Low & High Pressure CO2, Marine INERGEN Systems, Detection and Control / Pre-Engineered, Detection and Control / Engineered, SAPPHIRE Clean Agent Systems, Marine SAPPHIRE, Marine Restaurant Galley Systems, Marine Detection Control, Large Dry Chemical/Twin-Agent, FM-200 Engineered Systems and has been recognized as a respected market leader and commissioned in the elite Ansul Five Star Restaurant Service Program.

> Triangle Fire Inc.
> 7720 N.W. 53rd Street
> Miami, FL 33166

Triangle Fire is a distributor thus sells to parties that may possibly be OEM's, contractors, restaurant owners, service companies, various business owners, or people coming to their business to purchase safety products direct.
Should you have any questions or concerns, please call or email at above contact information.

Respectfully,

Steve Reinholt
Tyco Fire Protection Products
Ansul Southeast Territory Manager