UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22209-CIV-KING

OSVALDO LOPEZ,
and other similarly situated individuals,

Plaintiff(s),

v.

TRIANGLE FIRE, INC.,
a Florida Profit Corporation,
RAQUEL CANO, individually,
and ORLANDO ALFONSO, individually,

Defendants.
_______________________________________/

VERDICT FORM

OVERTIME

Do you find from a preponderance of the evidence:

1. That TRIANGLE FIRE failed to pay Mr. LOPEZ the overtime pay required by law?

Answer Yes or No ___No___

If your answer is "No," skip to question number 6.

2. That TRIANGLE FIRE willfully or with reckless disregard did not pay Mr. Lopez his overtime wages?

Answer Yes or No ~~No~~ ]

3. That Mr. LOPEZ should be awarded damages?

Answer Yes or No ~~No~~

If your answer is "Yes,"
in what amount? $__________

Breach of Agreement

Do you find from a preponderance of the evidence:

4. That a contract existed between Mr. LOPEZ and TRIANGLE FIRE?

Answer Yes or No ____________]

If your answer is "No," skip to question number 10.

5. That TRIANGLE FIRE breached the contract by making deductions to his commission?

Answer Yes or No ____________]

6. Triangle Fire caused Mr. LOPEZ damages?

Answer Yes or No No]

7. That Mr. LOPEZ should be awarded monetary damages?

Answer Yes or No No

If your answer is "Yes," in what amount? $____________

8. That any damages awarded to Mr. Lopez should be reduced as a set-off for the truck stock he failed to return to Triangle Fire?

Answer Yes or No ~~No~~ Yes

If your answer is "Yes," in what amount? $4,953.04

QUANTUM MERUIT

Do you find from a preponderance of the evidence:

9. Mr. LOPEZ conferred a benefit on Triangle Fire for the commissions deducted from his commissions?

Answer Yes or No ~~No~~ Yes

10. That TRIANGLE FIRE knew about that benefit?

Answer Yes or No Yes

11. That TRIANGLE FIRE accepted the benefit?

Answer Yes or No Yes

12. That circumstances are such that it would be inequitable for TRIANGLE FIRE to retain the benefit without paying fair value for it?

Answer Yes or No No

13. That Mr. LOPEZ should be awarded damages?

Answer Yes or No No

If your answer is "Yes,"
in what amount? $____________

14. That any damages awarded to Mr. Lopez should be reduced as a set-off for the truck stock he failed to return to Triangle Fire?

Answer Yes or No No

If your answer is "Yes,"
in what amount? $____________

SO SAY WE ALL.

DATE: 6/9/17

Foreperson's Signature